UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
TRUDY SILVER *et al.*,                                                  :
:
Plaintiffs,     :
:        24 Civ. 9567 (JPC)
-v-                                    :
:            ORDER
THE CITY OF NEW YORK *et al.*,                                          :
:
Defendants.     :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

This case was referred for mediation in late March, and yet it appears that no mediation conference has been held to date, despite several conferences having been scheduled. By October 14, 2025, the parties shall file a joint status letter with the Court addressing the status of mediation and, if no mediation has yet to occur, explaining why that is the case.

SO ORDERED.

Dated: October 7, 2025
       New York, New York                          _____
                                                         JOHN P. CRONAN
                                                    United States District Judge