UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUDY SILVER *et al.*,

Plaintiffs,

-v-

THE CITY OF NEW YORK *et al.*,

Defendants.

---

24 Civ. 9567 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

By October 30, 2026, the parties shall file a joint letter updating the Court on the status of mediation and proposing next steps in this case.

SO ORDERED.

Dated: October 23, 2026
New York, New York

JOHN P. CRONAN
United States District Judge